# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jessica Eileen Jones          Docket No. 5:25-CR-160-D-RN-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jessica Eileen Jones, who was placed under pretrial release supervision by the Honorable Brian S. Meyers, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 15th day of July, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At the initial appearance, the defendant was originally placed on home detention monitored electronically by GPS technology. Over the past few weeks, it appears that her current technology is having issues that has created unwarranted alerts. To better monitor the defendant's whereabouts, it is recommended that the technology be changed to Radio Frequency monitoring.

**PRAYING THAT THE COURT WILL ORDER**

The defendant is to remain on home detention and will be monitored by Radio Frequency technology.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Mark Culp<br>Mark Culp<br>Supervising U.S. Probation Officer | /s/ Cierra M. Wallace<br>Cierra M. Wallace<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-679-2034<br>Executed On: September 19, 2025 |

### ORDER OF THE COURT

Considered and ordered the 19th day of September, 2025, and ordered filed and made part of the records in the above case.

_____
Brian S. Meyers
U.S. Magistrate Judge