UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-00160-D-RN-2

UNITED STATES OF AMERICA          )
                                  )
        v.                        )        **ORDER TO SEAL**
                                  )     **[DOCKET ENTRY NUMBER 85]**
JESSICA EILEEN JONES,             )
                                  )
            Defendant.            )

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 85 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED**. This, the _22_ day of June, 2026.

James C. Dever III
United States District Judge